# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| RANDY WAYMON IVEY, | No. CV 09-3733-AG (AGR) |
| Petitioner, | |
| v. | **JUDGMENT** |
| MICHAEL L. BENOV, Warden, | |
| Respondent. | |

Pursuant to the order adopting the magistrate judge's report and recommendation,

IT IS ADJUDGED that the petition in this matter is denied and dismissed with prejudice.

DATED: February 11, 2010

ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE